UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIO D. MARIN and REYES MARIN,

        *Plaintiffs*,

vs.                                     No. 12-CV-448 KG-WPL

GARY KING, et al.,

        *Defendants*.

### ORDER DISMISSING DEFENDANTS BRICE CURRENT AND SAN JUAN COUNTY

THIS MATTER having come before the Court on the stipulation by the Plaintiffs and defendants Brice Current and San Juan County, the Court hereby orders that Plaintiffs' claims against defendants Brice Current and San Juan County are hereby dismissed with prejudice. Each party shall bear his or its own costs and fees. This order shall have no effect on the claims pending against the other defendants.

                                                                                    UNITED STATES DISTRICT JUDGE