IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARIO D. MARIN and REYES MARIN,

    Plaintiffs,

vs.                                          Civ. No. 12-448 KG/KK

GARY KING, ATTORNEY GENERAL OF NEW MEXICO,
individually, HEATHER FERGUSON GREENHOOD,
PATRICIA FEESER NORRIS, D.V.M.,
and MAX SALAS, CRIMINAL AGENT, NEW MEXICO
DEPARTMENT OF PUBLIC SAFETY/NEW MEXICO STATE POLICE,
individually,

    Defendants.

## ORDER DENYING MOTION FOR ORAL ARGUMENT

This matter comes before the Court upon Plaintiffs' Motion for Oral Argument, filed December 6, 2013. (Doc. 101). Defendants Gary King, Heather Ferguson Greenhood, and Patricia Feeser Norris, D.V.M. responded on December 23, 2013. (Docs. 103 and 104). On January 6, 2014, Plaintiffs filed a reply to the responses. (Doc. 108).

Plaintiffs seek oral argument on two pending motions for summary judgment. (Docs. 58 and 84). Plaintiffs argue that the complex nature of the factual record, the qualified immunity issues, and the procedural background of this litigation warrant oral argument on the motions for summary judgment. The district's local rules require that motions be decided on the briefs unless the Court specifically sets oral argument. D.N.M.LR-Civ. 7.6(a). The district's local rules are intended to effect the Civil Justice Reform Act, 28 U.S.C. § 471, *et seq.*, goals of expeditious resolution of matters and reduction of costs. Oral argument, of necessity, increases the costs of motion practice and contributes to delay. Thus, in accord with D.N.M.LR-Civ. 7.6(a), oral argument is the exception rather than the rule.

In this case, oral argument would not materially assist the Court in resolving the underlying motions for summary judgment. Accordingly, allowing oral argument will not promote the goals of the Civil Justice Reform Act. The Court, therefore, denies Plaintiffs' Motion for Oral Argument (Doc. 101).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE