IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARIO D. MARIN and REYES MARIN,

    Plaintiffs,

vs.                                                Civ. No. 12-448 KG/KK

GARY KING, ATTORNEY GENERAL OF NEW MEXICO,
individually, HEATHER FERGUSON GREENHOOD,
PATRICIA FEESER NORRIS, D.V.M.,
and MAX SALAS, CRIMINAL AGENT, NEW MEXICO
DEPARTMENT OF PUBLIC SAFETY/NEW MEXICO STATE POLICE,
individually,

    Defendants.

## SUMMARY JUDGMENT AS TO DEFENDANT GARY KING

Having granted Defendant Gary King's Motion for Summary Judgment (Doc. 58) by a Memorandum Opinion and Order entered contemporaneously with this Summary Judgment as to Defendant Gary King,

IT IS ORDERED that

1. summary judgment is entered in Defendant Gary King's favor on all of Plaintiffs' claims;

2. those claims are dismissed with prejudice; and

3. Defendant Gary King is terminated as a Defendant in this case.

_____
UNITED STATES DISTRICT JUDGE