IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARIO D. MARIN and REYES MARIN,

    Plaintiffs,

vs.                                                                 Civ. No. 12-448 KG/KK

HEATHER FERGUSON GREENHOOD,
PATRICIA FEESER NORRIS, D.V.M.,
and MAX SALAS, CRIMINAL AGENT, NEW MEXICO
DEPARTMENT OF PUBLIC SAFETY/NEW MEXICO STATE POLICE,
individually,

    Defendants.

## SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS HEATHER FERGUSON GREENHOOD AND PATRICIA FEESER NORRIS, D.V.M.

Having granted Defendants Heather Ferguson Greenhood and Patricia Feeser Norris, D.V.M.'s Motion for Summary Judgment on the Grounds of Qualified Immunity (Doc. 84) by a Memorandum Opinion and Order entered contemporaneously with this Summary Judgment in Favor of Defendants Heather Ferguson Greenhood and Patricia Feeser Norris, D.V.M.,

    IT IS ORDERED that

    1.  summary judgment is entered in favor of Defendants Heather Ferguson Greenhood and Patricia Feeser Norris, D.V.M. on all of Plaintiffs' claims;

    2. those claims are dismissed with prejudice; and

    3. Heather Ferguson Greenhood and Patricia Feeser Norris, D.V.M., are, therefore, terminated as Defendants in this case.

_____
UNITED STATES DISTRICT JUDGE